UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERE GRIM,

  Plaintiff,

-vs-                                  CASE NO.:  8:16-CV-02836-JDW-AEP

NATIONSTAR MORTGAGE LLC,

  Defendant.

_____/

**NOTICE OF SETTLEMENT**

Plaintiff, JERE GRIM, by and through the undersigned counsel, hereby notifies the Court that the parties, Plaintiff, JERE GRIM, and Defendant, NATIONSTAR MORTGAGE LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically served via the Court's CM/ECF system this 24th day of April, 2017 to: all counsel of record.

                                            s/*Octavio Gomez*
                                            Octavio Gomez, Esquire
                                            Morgan & Morgan, Tampa,  P.A.
                                            One Tampa City Center
                                            201 N. Franklin Street, 7th Floor
                                            Tampa, FL 33602
                                            Tele:  (813) 223-5505
                                            Fax:  (813) 223-5402
                                            Florida Bar #:  0338620
                                            Attorney for Plaintiff