UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JERE GRIM,**

    **Plaintiff,**

v.                                            Case No: 8:16-CV-2836-T-27AEP

**NATIONSTAR MORTGAGE LLC,**

    **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Stipulation of Dismissal With Prejudice (Dkt. 16). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this  _10th_ day of May, 2017.

                                                  JAMES D. WHITTEMORE
                                                United States District Judge

Copies to:
Counsel of Record